No. 97–686. WILSON, GOVERNOR OF CALIFORNIA, ET AL. *v.* ARMSTRONG ET AL.; and CALIFORNIA ET AL. *v.* CLARK ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–795. PINAL CREEK GROUP *v.* NEWMONT MINING CORP. ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–1399. BLUMENTHAL, ATTORNEY GENERAL OF CONNECTICUT *v.* PHILIP MORRIS, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 97–1427. JUDICIAL COUNCIL OF THE FIFTH JUDICIAL CIRCUIT ET AL. *v.* MCBRYDE, JUDGE, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS. C. A. 5th Cir. Certiorari denied.

No. 97–1451. NATIONAL ASSOCIATION OF HOME BUILDERS OF THE UNITED STATES ET AL. *v.* BABBITT, SECRETARY OF THE INTERIOR, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 97–1488. ZERAN *v.* AMERICA ONLINE, INC. C. A. 4th Cir. Certiorari denied.

No. 97–1514. INNER CITY PRESS/COMMUNITY ON THE MOVE ET AL. *v.* BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM ET AL. C. A. D. C. Cir. Certiorari denied.

No. 97–1517. MCCLATCHY NEWSPAPERS, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. D. C. Cir. Certiorari denied.

No. 97–1543. LEFCOURT *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 97–1550. ROJAS *v.* FITCH ET AL. C. A. 1st Cir. Certiorari denied.

No. 97–1641. UNITED STATES *v.* MESSINO ET AL. C. A. 7th Cir. Certiorari denied.

No. 97–1660. MANN ET UX. *v.* MISSOURI HIGHWAY AND TRANSPORTATION COMMISSION. Ct. App. Mo., Western Dist. Certiorari denied.